# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> JARED HELU-URIARTE, <br> Defendant. | Case No.: 24-cr-0301-JO <br><br> **ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

On March 12, 2024, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for March 15, 2024. For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 21] and sets the Motion Hearing/Trial Setting on April 19, 2024, at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. On March 12, 2024, a plea agreement was lodged before the Court and a change of plea hearing will be scheduled before the Magistrate Judge.

Accordingly, the Court finds that time from March 15, 2024, to April 19, 2024, shall be excluded under the Speedy Trial Act. 18 U.S.C. § 3161(h)(1)(G), (h)(7)(A).

IT IS SO ORDERED.

Dated: 3/12/24

Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE

24-cr-0301-JO